176 So. 922

**John Will GRIMES v. STATE.**

**4 Div. 319.**

Court of Appeals of Alabama.
Nov. 9, 1937.

RICE, Judge.
Appeal dismissed.

186 So. 919

**O. C. GRIMES v. STATE.**

**4 Div. 499.**

Court of Appeals of Alabama.
Feb. 7, 1939.

Jno. C. Walters, of Troy, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

186 So. 919

**Charley GRISSOM v. STATE.**

**8 Div. 774.**

Court of Appeals of Alabama.
Feb. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

185 So. 922

**Charlie GROOVER v. STATE.**

**6 Div. 320.**

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

186 So. 919

**Harry GURLEY v. STATE.**

**8 Div. 755.**

Court of Appeals of Alabama.
Feb. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

183 So. 924

**Walter GURLEY v. STATE.**

**6 Div. 365.**

Court of Appeals of Alabama.
Aug. 23, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.